36 A.3d 103

**Eric M. MISKOVITCH, Appellant**

**v.**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Jan. 19, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of January, 2012, the Order of the Commonwealth Court is **AFFIRMED.**

36 A.3d 103

**Lewis Navond PERSON, Appellant**

**v.**

**COMMONWEALTH of Pennsylvania, et al., Appellees.**

Supreme Court of Pennsylvania.

Jan. 19, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of January, 2012, the Order of the Commonwealth Court is hereby **AFFIRMED.**